UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVETTE JODY STARK,

                Plaintiff,

-against-

NEW YORK COUNTY COURT,

                Defendant.

20-CV-10476 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued February 9, 2021, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted, as barred under the Eleventh Amendment, and as frivolous.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 10, 2021
         New York, New York

                                                        Louis L. Stanton
                                                          U.S.D.J.